IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
          Plaintiff,            )        8:12CV125
                                )
     v.                         )
                                )
UNITED STATES CELLULAR          )        ORDER
CORPORATION, d/b/a U.S.         )
CELLULAR,                       )
                                )
          Defendant.            )
_____)
```

      This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 70).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted.  William M. Chang of the law firm of Sidley Austin, LLP, is deemed withdrawn as counsel of record for defendant.  His name shall be removed from CM/ECF and he shall no longer receive notice of filings in this case.

      DATED this 6th day of February, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court