IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,          )
                                  )
                Plaintiff,        )          8:12CV125
                                  )
        v.                        )
                                  )
UNITED STATES CELLULAR            )          ORDER
CORPORATION, d/b/a U.S.           )
CELLULAR,                         )
                                  )
                Defendant.        )
_____ )


        This matter is before the Court on defendant's motion

for withdrawal of counsel (Filing No. 173).  The Court finds the

motion should be granted.  Accordingly,

        IT IS ORDERED that defendant's motion is granted.

Savan N. Vaghani of the law firm of Sidley Austin, LLP, is deemed

withdrawn as counsel of record for defendant.  His name shall be

removed from CM/ECF and he shall no longer receive notice of

filings in this case.

        DATED this 13th day of January, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court