IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
              Plaintiff,       )          8:12CV125
                               )
       v.                      )
                               )
UNITED STATES CELLULAR         )          ORDER
CORPORATION, d/b/a U.S.        )
CELLULAR,                      )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 200). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. James I. Zirkle of the law firm of Sidley Austin, LLP, is deemed withdrawn as counsel of record for defendant. His name shall be removed from CM/ECF and he will no longer receive notice of filings in this case.

DATED this 24th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court