IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PRISM TECHNOLOGIES LLC,

                Plaintiff,

v.

UNITED STATES CELLULAR
CORPORATION d/b/a U.S. CELLULAR,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Civil Action No. 8:12-cv-125-LES-TDT**

**Jury Trial Requested in Omaha**

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the parties hereto, through their respective attorneys, as follows:

WHEREAS on April 18, 2014, plaintiff Prism Technologies LLC ("Prism") filed a notice of motion to compel defendant United States Cellular Corporation d/b/a U.S. Cellular ("U.S. Cellular") to produce e-mails in response to Prism's First Amended Requests for E-Mail Production (the "Motion to Compel") (ECF No. 197); and

WHEREAS Prism sought the following relief in the Motion to Compel: an order (i) compelling U.S. Cellular to immediately complete its e-mail production; (ii) directing U.S. Cellular to reimburse Prism for the costs of filing the Motion to Compel; and (iii) permitting Prism to supplement its expert reports with information obtained from U.S. Cellular's e-mail production; and

WHEREAS on April 22, 2014, U.S. Cellular completed its e-mail production; and

WHEREAS after this production, the parties met and conferred and agreed to the following schedule for the supplementation of expert reports based upon this e-mail production:

KL3 2971098.1

-2-

(i) Prism may supplement its expert report based upon U.S. Cellular's e-mail production by May 22, 2014; (ii) U.S. Cellular may respond to Prism's supplementation by June 6, 2014; and

WHEREAS in light of the aforementioned agreement, the parties respectfully request that the Court enter an Order withdrawing the Motion to Compel and modifying the Scheduling Order to allow the supplementation of expert reports as agreed upon by the parties,

IT IS ORDERED THAT:

1. Prism's Motion to Compel (ECF No. 197) is withdrawn;

2. Prism shall supplement its expert reports based upon U.S. Cellular's e-mail production by May 22, 2014; and

3. U.S. Cellular shall respond to Prism's supplementation by June 6, 2014.

Dated: May 1, 2014.

By: s/ Mark A. Baghdassarian
Mark A. Baghdassarian
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Attorneys for Plaintiff Prism Technologies LLC

By: s/ Douglas I. Lewis
Douglas I. Lewis
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-4169
Attorneys for Defendant U.S. Cellular Corp.

SO ORDERED:

This 2nd day of May, 2014

/s/ Lyle E. Strom

HONORABLE LYLE E. STROM, Senior Judge
United States District Court, District of Nebraska

KL3 2971098.1