IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )          8:12CV125
                              )
       v.                     )
                              )
UNITED STATES CELLULAR        )          ORDER
CORPORATION, d/b/a U.S.       )
CELLULAR,                     )
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 249). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Richard J. O'Brien of the law firm of Sidley Austin, LLP, is deemed withdrawn as counsel for United States Cellular Corporation. The clerk of court shall remove his name from CM/ECF.

DATED this 10th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court