```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES CELLULAR CORPORATION, d/b/a U.S. CELLULAR, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to compel mandatory, non-binding mediation (Filing No. 253). After reviewing the motion and the material in support thereof and in opposition, the Court finds the motion should be denied. Under the circumstances, the Court sees no benefit in requiring an expensive mediation process. Accordingly,

IT IS ORDERED that plaintiff's motion is denied.

DATED this 5th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court