IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, )<br>)<br>          Plaintiff,     )<br>)<br>     v.                   )<br>)<br>SPRINT SPECTRUM L.P.,   )<br>d/b/a SPRINT PCS,       )<br>)<br>          Defendant.    )<br>_____) | | 8:12CV123 |
| PRISM TECHNOLOGIES LLC, )<br>)<br>          Plaintiff,     )<br>)<br>     v.                   )<br>)<br>T-MOBILE USA, INC.,     )<br>)<br>          Defendant.    )<br>_____) | | 8:12CV124 |
| PRISM TECHNOLOGIES LLC, )<br>)<br>          Plaintiff,     )<br>)<br>     v.                   )<br>)<br>UNITED STATES CELLULAR  )<br>CORPORATION, d/b/a U.S. )<br>CELLULAR,               )<br>)<br>          Defendant.    )<br>_____) | | 8:12CV125 |
| PRISM TECHNOLOGIES LLC, )<br>)<br>          Plaintiff,     )<br>)<br>     v.                   )<br>)<br>CELLCO PARTNERSHIP d/b/a )<br>VERIZON WIRELESS,       )<br>)<br>          Defendant.    )<br>_____) | | 8:12CV126<br><br>ORDER |

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 439 in 8:12CV123; Filing No. 307 in 8:12CV124; Filing No. 296 in 8:12CV125; and Filing No. 278 in 8:12CV126). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. William N. Hannah, formerly of the law firm Kramer, Levin, Naftalis & Frankel, LLP, is deemed withdrawn as counsel for United States Cellular Corporation. The clerk of court shall remove his name from CM/ECF.

DATED this 22nd day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court