IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 8:12-cv-125 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES CELLULAR CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES CELLULAR CORPORATION'S
*DAUBERT* MOTION REGARDING JOHN B. MINOR**

Defendant United States Cellular Corporation ("U.S. Cellular") hereby moves for an order excluding the opinions and testimony of Mr. Minor. In support of this Motion and pursuant to NECivR 7.1(a), U.S. Cellular submits herewith a Brief in Support of the Motion.

WHEREFORE, U.S. Cellular requests that the Court exclude the opinions and testimony of Mr. Minor.

Dated: September 11, 2015     By:     s/ Michael K. Huffer
                                                Michael K. Huffer – 18087
                                                David A. Blagg – 17473
                                                **CASSEM, TIERNEY, ADAMS, GOTCH & DOUGLAS**
                                                9290 West Dodge Road, Suite 302
                                                Omaha, Nebraska 68114
                                                Telephone: (402) 390-0300
                                                Facsimile: (402) 390-9676
                                                mhuffer@ctagd.com
                                                dblagg@ctagd.com
                                                amlocher@ctagd.com

                                                Paul E. Veith
                                                Doug I. Lewis
                                                Robert D. Leighton
                                                **SIDLEY AUSTIN LLP**
                                                1 S. Dearborn Street

Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant United States Cellular Corporation.*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of September 2015, I electronically filed the above and foregoing with the Clerk of the U.S. District Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

By: /s/ Michael K. Huffer

ACTIVE 210050472