IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )         8:12CV125
                              )
      v.                      )
                              )
UNITED STATES CELLULAR        )         ORDER
CORPORATION,                  )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 354).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) The motion is granted.  Robert D. Leighton and Ryan N. Phelan of the law firm of Sidley Austin, LLP, are deemed withdrawn as counsel for United States Cellular Corporation.  The clerk of court shall remove their names from CM/ECF.

2) This order shall in no way affect the order granting defendant's motion to stay (Filing No. 349) which shall remain in full force and effect.

DATED this 25th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court