IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES,

    Plaintiff,

v.

UNITED STATES CELLULAR CORPORATION,

    Defendant.

8:12CV125

ORDER

This matter is before the court on its own motion. This action is stayed pending the outcome of an appeal to the United States Court of Appeals for the Federal Circuit in *Prism, Inc. v. Sprint Spectrum L.P.*, Case No. 12cv123. For docket control purposes, the court finds the pending motions should be denied at this time without prejudice to reassertion at the conclusion of that appeal.[1] Therefore,

IT IS ORDERED that the parties' pending motions (Filing Nos. 306, 307, 308, 314, 315, 316, 321, 327, and 345) are denied without prejudice to reassertion.

Dated this 1st day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] The parties need not refile the motions and briefs, but may reassert them by referring to the original filing numbers.