IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES,

                    Plaintiff,

          vs.

UNITED STATES CELLULAR
CORPORATION, d/b/a U.S.
CELLULAR

                    Defendant.

8:12CV125


ORDER


IT IS ORDERED that the motion to withdraw André J. Bahou, Matthew W. Olinzock, and Aakash B. Jariwala as counsel of record for Plaintiff, Prism Technologies, LLC., (Filing No. 360), is granted.


Dated this 24th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge