IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | **8:12CV125**<br><br>**ORDER** |

IT IS ORDERED that the motions requesting the withdrawal of Carolyn A. Wilson, formerly of the law firm Cassem, Tierney, Adams, Gotch & Douglas, and Jessica Johnson Fishfeld of Sidley Austin LLP, as counsel of record for Defendant, (Filing Nos. 362 and 363), are granted.

June 14, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge