IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>        Defendant. | 8:12CV125<br><br>ORDER |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, d/b/a Verizon Wireless,<br><br>        Defendant. | 8:12CV126<br><br>ORDER |

This matter is before the court on its own motion. These actions were stayed pending resolution of appeals to the United States Court of Appeals for the Federal Circuit ("Federal Circuit") in the related cases of *Prism Technologies LLC v. Sprint Spectrum L.P.* ("*Sprint*"), No. 8:12cv123, and *Prism Techs. LLC v. T-Mobile USA, Inc.*, No. 8:12cv124 ("*T-Mobile*"). Those actions have now been resolved against plaintiff Prism Technologies, Inc. ("Prism"). In *Sprint*, the Federal Circuit stated:

> In the circumstances presented, we conclude that this court's *T-Mobile* decision [696 Fed. Appx. 1014] is properly understood as covering, and invalidating, all the claims that were the subject of the district court's eligibility ruling on summary judgment— which undisputedly included all four of the claims on which Sprint was held liable to Prism in this case.

*Sprint*, No. 12cv123, Filing No. 652, Federal Circuit Opinion at 11; 757 F. App'x 980, 986 (Fed. Cir. 2019), *cert. denied*, (U.S. June 10, 2019). It appears that the *Sprint* and *T-Mobile* decisions are dispositive of the issues presented in these cases. Accordingly,

IT IS ORDERED:

1. Within two weeks of the date of this order, plaintiff Prism Technologies LLC Inc. shall show cause why these actions should not be dismissed.

2. Defendants shall respond thereto, if necessary, within one week thereafter.

Dated this 25th day of June, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge