IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>        Defendant. | 8:12CV125<br><br>ORDER |
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, d/b/a Verizon Wireless,<br><br>        Defendant. | 8:12CV126<br><br>ORDER |

This matter is before the Court on the parties' responses to the Court's show cause order, Filing Nos. 367 and 368[1]. Plaintiff Prism Technologies LLC ("Prism") is not opposed to dismissal of the above-captioned actions in view of the resolution of appeals to the United States Court of Appeals for the Federal Circuit in the related cases of *Prism Technologies LLC v. Sprint Spectrum L.P.*, No. 8:12cv123 and *Prism Techs. LLC v. T-Mobile USA, Inc.*, No. 8:12cv124. The defendants respond that the dismissals should be with prejudice. The Court agrees. Accordingly,

---

[1] Filings refer to those found in 8:12cv125.

IT IS ORDERED that these actions are dismissed, with prejudice, the parties to bear their own costs.

Dated this 18th day of July 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge